UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60748-CIV-UNGARO

JERRY DOTY,
        Petitioner,

vs.

JAMES MCDONOUGH,
        Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, challenging the constitutionality of his convictions for false imprisonment, violation of injunction for protection against domestic battery, and battery entered on a jury verdict in Broward County Circuit Court, case no. 01-8087CF10A. (D.E. 1.)  The matter was referred to Magistrate Judge Patrick A. White who on February 13, 2008 issued a Report recommending that the petition for habeas corpus relief be denied. (D.E. 19.)  No objections to the Report have been filed.  Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.  It is further

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of April, 2008.

                                                                                */s/ Ursula Ungaro*
                                                                        _____
                                                                        URSULA UNGARO
                                                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record